**Order entered August 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01222-CR

**ANGEL ESPINO PALOMO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-63321-H**

## ORDER

The Court **DENIES** appellant's August 25, 2014 pro se motion for appointment of new counsel.

The Court **GRANTS** appellant an extension of time to file his pro se response to the *Anders* brief filed by counsel. The pro se response is due by **OCTOBER 6, 2014**. If the pro se response is not filed by that date, the appeal will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Angel Espino Palomo, TDCJ No. 1892894, Ferguson Unit, 12120 Savage Dr., Midway, Texas 75852.

/s/     CAROLYN WRIGHT
       CHIEF JUSTICE